MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
   PLEA AND
      SENTENCE



Filed in Open Court  Date: 3/17/15  Tape: FTR at 3:06  TIME IN COURT: 54 mins

Magistrate Judge E. Clayton Scofield III    Deputy Clerk  Angela Smith

Case Number: 1:15-CR-72-TCB    Defendant's Name: David Manuel Santos Da Silva

AUSA: Steve Grimberg    Defendant's Attorney: Drew Findling

JSPO/PTR: _____    Type Counsel: (✓) Retained  ( ) CJA  ( ) FPD  ( ) Waived

___ ARREST DATE: _____
___ INTERPRETER _____
___ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT   Dft. In Custody? ( ) Yes  ( ) No
___ Defendant advised of right to counsel. _____ WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
___ ORDER appointing _____ as counsel for defendant. Written Order to follow.
___ ORDER giving defendant _____ days to employ counsel. _____ (cc: serv. by Mag)
___ Dft. to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed. ___ WAIVER ON INDICTMENT filed.
___ Copy indictment/information given to dft? ( ) Yes  ( ) No   Read to dft? ( ) Yes  ( ) No.
___ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
___ ARRAIGNMENT HELD. ( ) superseding indictment/information. ( ) Dft's Waiver of appearance filed by counsel.
___ ARRAIGNMENT continued until _____ at _____ Request of ( ) Govt.  ( ) Dft.
___ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
___ Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
___ MOTION TO CHANGE PLEA, and order allowing same.
___ PLEA OF GUILTY/NOLO as to counts _____
___ Petition to enter plea of GUILTY/NOLO filed.
___ NEGOTIATED PLEA between Government and defendant filed.
___ ASSIGNED TO JUDGE _____ for: ( ) trial ( ) arraignment/sentence.
___ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.
___ Estimated trial time: ___ days  ( ) SHORT  ( ) MEDIUM  ( ) LONG
___ PRE-SENTENCE INVESTIGATION ___ Requested ___ Waived ___ Referred to USPO for PSI and continued until
✓ _____ at _____ for sentencing.
___ See other side.

Arraignment Page 2

<u>David Manuel Santos Da Silva</u>
Defendant

\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____
\_\_\_\_ Temporary commitment issued.

BOND/PRETRIAL DETENTION HEARING

✓ BOND/PRETRIAL DETENTION hearing held.
✓ GOVERNMENT MOTION FOR DETENTION ( ) GRANTED (✓) DENIED
\_\_\_\_ WRITTEN ORDER TO FOLLOW.
\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.
\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED ( ) DENIED
\_\_\_\_ WRITTEN ORDER TO FOLLOW.
✓ BOND SET AT $ <u>400,000.00</u>
\_\_\_\_ Non-surety
✓ Surety (✓) Cash (✓) Property (✓) Corporate surety ONLY
✓ SPECIAL CONDITIONS: <u>500,000.00 Cash or Corporate surety + All equality in Florida home, EM, reside in the Northern District of Georgia.</u>

\_\_\_\_ Bond Filed: defendant released.
✓ Bond NOT EXECUTED defendant to remain in Marshal's custody.

WITNESSES:

EXHIBITS:
G1- Copy of Detainer - Admitted

\* Exhibit returned to counsel for the government.